

Michael K. Halper, Esq.
43 W. 43rd St., Suite 356
(646) 416-9326
michael@halper.law
www.halper.law

**Via ECF**

Hon. Jesse M. Furman, U.S.D.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

November 24, 2025

       Re: Initial Conference in *Davis v. The Legal Aid Society et al.*, 25-CV-8242 (JMF)

Dear Judge Furman:

I represent the plaintiff in the above-captioned matter and write to request a brief adjournment of the initial pretrial conference because I will be out of the country from January 5 through January 19, 2026.

    (1) The conference is currently scheduled for January 13, 2026.
    (2) There have been no previous requests for adjournment.
    (3) N/A
    (4) Counsel for both defendants consents to the request.
    (5) There are no other currently scheduled appearances before this Court.

Counsel for both defendants has advised that they are available at the Court's convenience from January 20-23, as am I.

                                                  Respectfully submitted,

                                                  */s/ Michael K. Halper*
                                                  Michael K. Halper
                                                  HALPER LAW
                                                  43 West 43rd St., Suite 356
                                                  New York, NY 10036
                                                  (646) 416-9326
                                                  michael@halper.law

                                                  *Attorney for Plaintiff Brea Davis*

---

Application GRANTED.  The initial pretrial conference previously scheduled for January 13, 2026 at 9:00 a.m. is hereby ADJOURNED to **January 20, 2026 at 9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 14.

  SO ORDERED.

*[signature]*

November 24, 2025